**Sandra SHATTUCK, a.k.a. Sandra Prieto Lopez de Alvites, a.k.a. Billie Soccer, Petitioner,**

v.

**U.S. ATTORNEY GENERAL, Respondent.**

**No. 11–11454**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Nov. 28, 2011.

David H. Stoller, Law Offices of David Stoller, PA, Orlando, FL, for Petitioner.

Sunah Lee, David Bernal, Krystal Samuels, Tiffany Walters, U.S. Department of Justice–Office of Immigration Litigation, Eric Holder, Jr., U.S. Attorney General's Office, Washington, DC, Nicole Guzman, DHS, Office of Chief Counsel, Orlando, FL, for Respondent.

Before CARNES, PRYOR and FAY, Circuit Judges.

PER CURIAM:

Sandra Shattuck, a native and citizen of Peru, petitions this Court for review of the decision of the Board of Immigration Appeals that affirmed her order of removal for having falsely represented that she was a United States citizen. 8 U.S.C. § 1227(a)(3)(D). Shattuck conceded before the immigration judge that she is removable for remaining in the United States longer than permitted, *id.* § 1227(a)(1)(B), and she failed, before the Board, to challenge the finding of the immigration judge that she was removable for having been convicted of a crime involving moral turpitude within five years of her admission to this country, *id.* § 1227(a)(2)(A)(i). The only form of relief that would permit Shattuck to remain in the United States is an adjustment of her status from an alien to a permanent resident. The Board found that Shattuck was "statutorily ineligible to adjust status," *id.* §§ 1182(a)(6)(C)(ii), 1255(a), and Shattuck does not challenge that determination. We deny Shattuck's petition.

**PETITION DENIED.**